In the Matter of the Claim of EDWARD CLARK, Respondent, against THE BART-LETT HAYWARD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for partial disability. During the employment claimant was struck by a small particle of steel which penetrated his liver, and which particle has never been removed. The question was whether or not, during the period of the award, the claimant was partially disabled. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of NELLIE WETURIS, Respondent, against GOEBEL CAFETERIA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The claimant, a waitress, on December 3, 1932, was suffering from varicose veins in the lower legs. She struck her leg against a barrel and thereby caused abrasions, followed by open ulcers, and disability. In February, 1933, the injuries appeared to have been healed, and the claimant was paid about four weeks' compensation and a lump sum of $150, up to February 18, 1933. Later there was a recurrence of the malady for which award was made. There is sufficient evidence to justify the Board in concluding that the injuries for which the present award was made were caused by the injury of December 3, 1932, and that the lump sum was paid in compliance with the earlier award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOSEPH HUBER, Respondent, against A. J. & J. J. McCOLLUM, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant, a dock worker, on a cold day had his fingers frozen. Awarded compensation. Award unanimously affirmed, with costs to the State Industrial Board. (See *Campbell* v. *Clausen-Flanagan Brewery*, 183 App. Div. 499; *Matter of Hughes* v. *St. Patrick's Cathedral*, 245 N. Y. 201; *Matter of Barlog* v. *Bd. of Water Comrs., Dunkirk*, 239 App. Div. 225.) Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.